IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Sue Song, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>Nationstar Mortgage Holdings Inc.<br><br>    Defendant. | Case No. 2:16-cv-00006 |

**DEFENDANT NATIONSTAR MORTGAGE HOLDINGS INC.'S**
**<u>MOTION TO DISMISS COMPLAINT</u>**

  Defendant Nationstar Mortgage Holdings Inc. ("Nationstar"), by counsel, hereby submits its Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6). For the reasons set forth in the accompanying Memorandum of Law in Support of Nationstar's Motion to Dismiss, the Court should grant Nationstar's Motion to Dismiss and dismiss with prejudice Plaintiff Sue Song's Complaint.

  WHEREFORE, Nationstar respectfully requests that the Court issue an Order granting Nationstar's Motion to Dismiss and dismissing with prejudice Plaintiff's Complaint against Nationstar.

Dated: April 15, 2016         Respectfully submitted,

                NATIONSTAR MORTGAGE HOLDINGS INC.

                By: <u>/s/ Darren W. Dwyer</u>

2

        Darren W. Dwyer (Bar No. 312399)
        TROUTMAN SANDERS LLP
        401 Ninth St., N.W. Suite 1000
        Washington, D.C. 20004-2134
        Telephone: (202) 274-2952
        Facsimile: (202) 274-2994
        E-mail: darren.dwyer@troutmansanders.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Sue Song, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:16-cv-00006 |
| Nationstar Mortgage Holdings Inc. | ) ) | |
| Defendant. | ) ) ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of April, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**Counsel for Plaintiff**

Richard M. Golomb
Kenneth J. Grunfeld
Tammi A. Markowitz
Golomb & Honik, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA 19102
E-mail: rgolomb@golombhonik.com
E-mail: kgrunfeld@golombhonik.com
E-mail: tmarkowitz@golombhonik.com

/s/ Darren W. Dwyer
Darren Dwyer

28222685

3