IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUE SONG, on behalf of herself and all others similarly situated, | : : : | CIVIL ACTION |
| v. | : : | |
| NATIONSTAR MORTGAGE HOLDINGS INC. | : : | NO. 16-006 |

### ORDER

AND NOW, this 20th day of July, 2016, upon consideration of defendant Nationstar Mortgage Holdings Inc.'s ("Nationstar") motion to dismiss the first amended complaint (docket entry #12), plaintiff Sue Song's response in opposition thereto, and Nationstar's prior motion to dismiss the original complaint (docket entry #10), and for the reasons set forth in our Memorandum issued this day, it is hereby ORDERED that:

1. Nationstar's motion to dismiss the original complaint (docket entry #10) is DISMISSED AS MOOT;

2. Nationstar's motion to dismiss the first amended complaint (docket entry #12) is DENIED;  and

3. Nationstar shall ANSWER the first amended complaint by noon on August 3, 2016.

BY THE COURT:

  /s/ Stewart Dalzell, J.
Stewart Dalzell, J.